UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                    :

FREDERICK APKAKI, *on behalf of himself and others*  :
*similarly situated in the proposed FLSA Collective Action,* :
                                    :

               Plaintiff,        :       24 Civ. 2687 (JPC)
                                    :

       -v-                  :        <u>ORDER</u>
                                    :

PROGUARD PROTECTION INC., ROBERT HALL,  :
and RICHARD STANLEY,               :
                                    :

            Defendants.     :
                                    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that, during their participation in the Court-annexed

Mediation Program, the parties reached an agreement on all issues.  Accordingly, it is ordered that

the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake*

*House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by August 22, 2024.

       SO ORDERED.

Dated: July 22, 2024
      New York, New York                        JOHN P. CRONAN
                                    United States District Judge