# LEVIN-EPSTEIN & ASSOCIATES, P.C.
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Jason@levinepstein.com

December 10, 2024

<u>*Via Email*</u>
The Hon. Henry J. Ricardo, U.S.M.J
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

      Re: *Apkaki v. Proguard Protection Inc. et al*
         <u>Case No.: 1:24-cv-02687-HJR</u>

Dear Honorable Magistrate Judge Ricardo:

  This law firm represents Plaintiffs Frederick Apkaki (the "Plaintiff") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules, and the directives of the Clerk of Court, of the U.S. District Court, Southern District of New York, the instant letter respectfully serves to inquire on the status of the parties' letter motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) [Dckt. No. 21].

  In light of the foregoing, and out of an abundance of caution, the undersigned respectfully wishes to inquire on the status of the parties' letter motion for settlement approval.

  Thank you, in advance, for your time and attention to this matter.

           Respectfully submitted,

           LEVIN-EPSTEIN & ASSOCIATES, P.C.

         By: */s/ Jason Mizrahi*
           Jason Mizrahi, Esq.
           60 East 42nd Street, Suite 4700
           New York, New York 10165
           Tel. No.: (212) 792-0048
           Email: Jason@levinepstein.com
           *Attorneys for Plaintiff*